JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM JOSEPH CARDENAS,<br><br>  Defendant. | Case No. 2:24-cr-00254-GMN-DJA<br><br>**STIPULATION TO CONTINUE HEARING FOR WAIVER OF INDICTMENT, FILING OF AN INFORMATION, INITIAL APPEARANCE/ARRAIGNMENT, AND PLEA** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Afroza Yeasmin, Assistant United States Attorney, representing the United States of America, and Rebecca Levy, Esq., representing Defendant Adam Joseph Cardenas, that the hearing for the Waiver of Indictment, Filing of an Information, Initial Appearance/Arraignment and Plea scheduled for December 16, 2024 at 2pm be continued to December 19, 2024 before 1am or anytime soon thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1. The government filed a Criminal Information and signed Plea Agreement in the instant matter on November 20, 2024

2. On November 21, 2024, the Court provided a minute order setting a hearing for the Waiver of Indictment, Filing of an Information, Initial Appearance/Arraignment

and Plea on December 16, 2024 at 2pm.

3. The Defendant is currently in the custody of the Nevada Department of Corrections, and is being housed at the North Valley Complex of the Clark County Detention Center.

4. In error the government failed to file a writ to have the Defendant produced to Federal Court for the aforementioned hearing scheduled for December 16, 2024.

5. The government requests additional time to file a writ to ensure the Defendant is produced in Federal Court.

6. The parties agree to continue the instant hearing.

7. The parties are available on Thursday, December 19, 2024 before 1pm, if the Court is able to accommodate that date and time. If not, the parties are available at the Court's earliest convenience beginning the week of December 22, 2024.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth stipulation to continue filed herein.

DATED this 16th day of December, 2024

JASON M. FRIERSON
United States Attorney

By: /s/ *Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

By: /s/ *Rebecca Levy*
REBECCA LEVY, ESQ.
Counsel for Defendant Adam Joseph Cardenas

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM JOSEPH CARDENAS,<br><br>Defendant. | Case No. 2:23-cr-00254-GMN-EJY<br><br>**ORDER** |

Based on the pending Stipulation between the government and defense, IT IS HEREBY ORDERED that hearing for the Waiver of Indictment, Filing of an Information, Initial Appearance/Arraignment and Plea currently scheduled for December 16, 2024 at 2pm be continued to 12/19/2024 at 11:00 am.

DATED this 16 day of December 2024.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE