JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
afroza.yeasmin@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM JOSEPH CARDENAS,<br><br>　　　　Defendant. | Case No.: 2:24-cr-00254-GMN-DJA<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br>**AD PROSEQUENDUM FOR**<br>**ADAM JOSEPH CARDENAS**<br>**(ID # 02801367)** |

　　The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Northern Valley Complex of the Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce ADAM JOSEPH CARDENAS, before the United States District Court on or about <u>DECEMBER 19, 2024 AT 11AM</u>, for a hearing for the Waiver of Indictment, Filing of an Information, Initial Appearance/Arraignment and Plea.

　　ADAM JOSEPH CARDENAS is currently in the custody of the Warden, Northern Valley Complex of the Clark County Detention Center, Las Vegas, Nevada.

On November 20, 2024, the Government provided the Court with a Criminal Information and signed Plea Agreement for the aforementioned hearing, including an initial appearance and change of plea, to be heard in this District in the above-captioned matter.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce ADAM JOSEPH CARDENAS, before this Court for the purpose of the aforementioned hearing, including an initial appearance and change of plea, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Northern Valley Complex of the Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 16th day of December, 2024.

JASON M. FRIERSON
United States Attorney

/s/ Afroza Yeasmin
AFROZA YEASMIN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM JOSEPH CARDENAS,<br><br>Defendant. | Case No.: 2:24-cr-00254-GMN-DJA<br><br>ORDER FOR ISSUANCE OF WRIT OF<br>HABEAS CORPUS AD PROSEQUENDUM FOR ADAM JOSEPH CARDENAS<br>(ID # 02801367) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of ADAM JOSEPH CARDENAS, before the United States District Court at Las Vegas, Nevada, on or about DECEMBER 19, 2024 AT 11AM, for a hearing for the Waiver of Indictment, Filing of an Information, Initial Appearance/Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 16, 2024

_____
UNITED STATES DISTRICT JUDGE