RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Adam Joseph Cardenas

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00254-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| v. | |
| ADAM JOSEPH CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Adam Joseph Cardenas, that the Sentencing Hearing currently scheduled on March 26, 2025 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.    Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Cardenas, which is relevant to the sentencing disposition of this case.  Additionally, defense counsel needs time to discuss sentencing with her client.

2.    The defendant is incarcerated and does not object to the continuance.

3.     The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 3rd day of March 2025.

RENE L. VALLADARES
Federal Public Defender

SUE FAHAMI
Acting United States Attorney


    /s/ Rebecca A. Levy
By_____

REBECCA A. LEVY
Assistant Federal Public Defender

    /s/ Afroza Yeasmin
By_____

AFROZA YEASMIN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00254-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ADAM JOSEPH CARDENAS, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, March 26, 2025 at 10:00 a.m., be vacated and continued to <u>June 17, 2025</u> at the hour of 9:00 a.m.

DATED this __4__ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE

3