RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Adam Joseph Cardenas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM JOSEPH CARDENAS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00254-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Adam Joseph Cardenas, that the Sentencing Hearing currently scheduled on June 17, 2025 at 9:00 a.m., be vacated and continued July 13, 2025 and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate Mr. Cardenas state court proceedings.

2. Defense counsel will be out of the district when the sentencing is currently set.

3. The defendant is incarcerated and does not object to the continuance.

4.      The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 21st day of May 2025.

RENE L. VALLADARES                      SIGAL CHATTAH
Federal Public Defender                 United States Attorney


    */s/ Rebecca A. Levy*                      */s/ Afroza Yeasmin*
By_____      By_____
REBECCA A. LEVY                         AFROZA YEASMIN
Assistant Federal Public Defender       Assistant United States Attorney

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4

UNITED STATES OF AMERICA,

5                    Plaintiff,

6          v.

7   ADAM JOSEPH CARDENAS,

8                    Defendant.

Case No. 2:24-cr-00254-GMN-DJA

**ORDER**

9

10         IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday,

11   June 17, 2025 at 9:00 a.m., be vacated and continued to July 15, 2025 at the hour of 10:00

12   a.m.

13         DATED this __27__ day of May 2025.

14
15                                                    _____
16                                                    UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26