RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Adam Joseph Cardenas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00254-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Fourth Request) |
| ADAM JOSEPH CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Adam Joseph Cardenas, that the Sentencing Hearing currently scheduled on August 5, 2025 at 11:00 a.m., be vacated and continued to a time convenient to the Court but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Cardenas, which is relevant to the sentencing disposition of this case.

2. Counsel for the government has a conflict from November 20, 2025 to December 1, 2025.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 21st day of July 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Afroza Yeasmin*<br>By_____<br>AFROZA YEASMIN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ADAM JOSEPH CARDENAS,<br><br>          Defendant. | Case No. 2:24-cr-00254-GMN-DJA<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, August 5, 2025 at 11:00 a.m., be vacated and continued to  October 8, 2025  at the hour of 10;00 a.m.

DATED this  21  day of July 2025.

_____
UNITED STATES DISTRICT JUDGE

3