RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Adam Joseph Cardenas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00254-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Sixth Request) |
| ADAM JOSEPH CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Adam Joseph Cardenas, that the Sentencing Hearing currently scheduled on December 3, 2025 at 11:00 a.m., be vacated and continued to a time convenient to the Court but no sooner than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Cardenas, which is relevant to the sentencing disposition of this case. Additionally, defense counsel is out of the district during the week of November 24, 2025.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the sixth stipulation to continue filed herein.

DATED this 7th day of November 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | /s/ Afroza Yeasmin<br>By_____<br>AFROZA YEASMIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM JOSEPH CARDENAS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00254-GMN-DJA<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, December 3, 2025 at 11:00 a.m., be vacated and continued to  January 20, 2026  at the hour of 10:00 a.m.

DATED this  7  day of November 2025.

_____
UNITED STATES DISTRICT JUDGE