UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM JOSEPH CARDENAS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00254-GMN-DJA<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, January 20, 2026 at 11:00 a.m., be vacated and continued to March 2, 2026 at the hour of 11:00 a.m.

DATED this  14  day of January 2026.

_____
UNITED STATES DISTRICT JUDGE