RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Adam Joseph Cardenas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00254-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Eighth Request) |
| ADAM JOSEPH CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Adam Joseph Cardenas, that the Sentencing Hearing currently scheduled on March 2, 2026 at 11:00 a.m., be vacated and continued to a time convenient to the Court but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant will be in trial on a different matter on the currently scheduled date.

2.    Counsel for the defendant needs additional time to investigate and continue to gather mitigation information for Mr. Cardenas, which is relevant to the sentencing disposition of this case.

3.    The defendant is incarcerated and does not object to the continuance.

4.    The parties agree to the continuance.

This is the eighth stipulation to continue filed herein.

DATED this 12th day of February 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Rebecca A. Levy*
By_____

*/s/ Afroza Yeasmin*
By_____

REBECCA A. LEVY
Assistant Federal Public Defender

AFROZA YEASMIN
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00254-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| ADAM JOSEPH CARDENAS, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, March 2, 2026 at 11:00 a.m., be vacated and continued to ___May 7, 2026___ at the hour of 2:30 p.m.

DATED this __13__ day of February 2026.

_____
UNITED STATES DISTRICT JUDGE