RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Adam Joseph Cardenas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00254-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Ninth Request) |
| ADAM JOSEPH CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Adam Joseph Cardenas, that the Sentencing Hearing currently scheduled on May 7, 2026 at 2:30 p.m., be vacated and continued to a time convenient to the Court but no sooner than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to investigate and continue to gather mitigation information for Mr. Cardenas, which is relevant to the sentencing disposition of this case.

2.    Additionally, government counsel is not available on the following dates, June 8-16, 2026 or July 2 – 6, 2026.  Defense counsel is only available the week of June 22, 2026 or anytime after July 16, 2026.

3.    The defendant is incarcerated and does not object to the continuance.

4.    The parties agree to the continuance.

This is the ninth stipulation to continue filed herein.

DATED this 23rd day of April 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

*/s/ Rebecca A. Levy*
By_____

REBECCA A. LEVY
Assistant Federal Public Defender

*/s/ Afroza Yeasmin*
By_____

AFROZA YEASMIN
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ADAM JOSEPH CARDENAS,

      Defendant.

Case No. 2:24-cr-00254-GMN-DJA

**ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, May 7, 2026 at 2:30 p.m., be vacated and continued to ___July 28, 2026___ at the hour of 10:30 a.m.

DATED this __23__ day of April 2026.

_____
UNITED STATES DISTRICT JUDGE

3