**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADAM JOSEPH CARDENAS,<br>Defendant. | Case No. 2:24-cr-00254-GMN-DJA<br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, July 28, 2026 at 10:30 a.m., be vacated and continued to September 30, 2026 at the hour of 9:30 a.m.

DATED this 22 day of July 2026.

UNITED STATES DISTRICT JUDGE